No. D–2605. IN RE DISCIPLINE OF MABRY. Ralph Thomas Mabry, Jr., of Silver Spring, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2607. IN RE DISCIPLINE OF THOMPSON. Theodore Q. Thompson, of Blue Bell, Pa., is suspended from the practice of

law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.